# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0761

VERSUS

DAVID ARANDA                                          **AUGUST 16, 2021**

---

In Re:    David Aranda, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          3322-M-2020.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

                    **JMM**
                    **WIL**
                    **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT